JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY ESPARZA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>FORD MOTOR COMPANY; FORD OF MONTEBELLO; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-03832-MCS-AFM<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND** |

# **ORDER**

The Court, having considered the Joint Stipulation to Remand this action to the Superior Court of the State of California for the County of Los Angeles filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. This action is remanded to the Superior Court of the State of California for the County of Los Angeles (LASC Case No. 21STCV08085) for all purposes.

**IT IS SO ORDERED.**

DATED: August 10, 2021

By: _____
Honorable Mark C. Scarsi
United States District Court Judge